1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LETICIA L. GUTIERREZ,              )<br>                                                          )<br>            Plaintiff,                       )<br>                                                          )<br>     v.                                             )<br>                                                          )<br>EMPIRE MORTGAGE CORPORATION, )<br>et al.,                                            )<br>                                                          )<br>            Defendants.                 )<br>_____) | NO. 1:10-CV-00079-AWI-GSA<br><br>ORDER VACATING<br>MARCH 1, 2010 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

    Defendants' motions to dismiss have been set for hearing in this case on March 1, 2010. The court has reviewed the papers and has determined that these matters are suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 1, 2010, is VACATED, and the parties shall not appear at that time. As of March 1, 2010, the court will take these matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 25, 2010                       /s/ Anthony W. Ishii
                                                                CHIEF UNITED STATES DISTRICT JUDGE